# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| CAROLYN LEWIS, | ) | |
| | ) | |
| *Plaintiff-Appellant*, | ) | |
| | ) | |
| vs. | ) | Appeal No. 14-1244 |
| | ) | |
| ETHICON, INC. and | ) | |
| JOHNSON & JOHNSON, | ) | |
| | ) | |
| *Defendants-Appellees*. | ) | |

## CERTIFICATE OF SERVICE FOR APPENDIX

Plaintiff-Appellant Carolyn Lewis hereby certifies that she filed the Appendix for the above-captioned appeal on this 3rd day of June, 2014, using the Court's CM/ECF electronic filing system, thereby sending copies of the filing to all counsel of record for the appeal. The contents of the Appendix were agreed upon by the parties. In addition, Ms. Lewis will dispatch six printed copies of the Appendix to a commercial carrier on June 4, 2014, for delivery to the Court.

Respectfully Submitted,

/s/Adam S. Davis

Adam S. Davis
WAGSTAFF & CARTMELL LLP
4740 Grand Ave., Suite 300
Kansas City, MO  64112
Phone: 816-701-1100
Fax: 816-531-2372
adavis@wcllp.com

1

Julie L. Rhoades
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Phone: 713-535-7172
Fax: 713-535-7132
jrhoades@thematthewslawfirm.com

**Attorneys for Carolyn Lewis**

## **CERTIFICATE OF SERVICE**

Plaintiff-Appellant Carolyn Lewis hereby certifies that she filed the foregoing Certificate of Service on this 3rd day of June, 2014, using the Court's CM/ECF electronic filing system, thereby sending copies of the filing to all counsel of record for the appeal.

/s/Adam S. Davis